JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME RAMIREZ,<br><br>          Petitioner,<br><br>    v.<br><br>KIM HOLLAND, Warden,<br><br>          Respondent. | Case No. SACV 16-1088-CJC (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: January 8, 2018

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE